## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIFFENEY TIGNER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-25-945-R** |
| | ) | |
| FEDEX CORPORATION, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Motion to Dismiss filed by Federal Express Corporation[1] [Doc. No. 17]. During the pendency of the Motion, Plaintiff filed an Amended Complaint[2] [Doc. No. 27]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendant's Motion to Dismiss [Doc. No. 17] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 1st day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff named FedEx Corp. as the Defendant in this action. However, Federal Express Corporation (seemingly Plaintiff's actual employer and a corporation held by FedEx Corp.), whom Plaintiff names as the allegedly proper Defendant in her amended pleading, appears to have filed the at-issue Motion to Dismiss.

[2] Though Plaintiff entitles her Amended Complaint the "Second Amended Complaint," this is the first amended pleading Plaintiff has actually filed since her Original Complaint on August 20, 2025.