## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

TIFFENEY TIGNER,          )
                                 )

        **Plaintiff,**      )
                                 )

**v.**                               )      **Case No. CIV-25-945-R**
                               )

**FEDERAL EXPRESS**      )
**CORPORATION,**        )
                               )

        **Defendant.**     )

## ORDER

Before the Court is the Motion to Dismiss filed by Federal Express Corporation [Doc. No. 29]. During the pendency of the Motion, Plaintiff filed an amended complaint[1] [Doc. No. 36]. This amended complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendant's Motion to Dismiss [Doc. No. 29] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 25th day of June, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Though Plaintiff entitles her amended pleading the "Third Amended Complaint," this is only the second amended pleading Plaintiff has actually filed since her Original Complaint on August 20, 2025.